Frank Logerto, Respondent, v. Central Building Company, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulates to reduce the recovery of damages to the sum of $12,000, in which event the judgment, as reduced, and order are affirmed, without costs. No opinion. Woodward, Hooker, Gaynor and Miller, JJ., concurred; Rich, J., voted for reversal.

William S. Long, Respondent, v. Max Drucker, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Moses L. Marrus and Abraham Richman, Respondents, v. Louis Alterisi, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Alexander J. McCollum, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Peter McGibbon, Respondent, v. Jacob I. Housman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

John McKey, Respondent, v. Mary Scheiderer and Others, Appellants.— The judgment should be modified by striking out the provision therein that from the balance of the purchase money there should be deducted the sum of $353.62 costs and disbursements, and providing that the plaintiff recover of the defendants Gruet and Scheiderer the said sum of $353.62 costs and disbursements, and as so modified affirmed, with costs. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Mary Ann McNamara, Respondent, v. The City of Yonkers, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $4,000, in which event the judgment, as modified, and order are unanimously affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Henry F. Meistrell and Joseph U. Meistrell, Respondents, v. Sophie Weinberg, Appellant.—Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the plaintiffs failed to prove the performance of the contract. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Daniel Merovitz, Respondent, v. Morris Miller and Samuel Miller, Appellants. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Robert L. Meyer, Appellant, v. Lewis Johnston, Respondent.— Judgment affirmed, with costs, on the authority of *Sunswick Land Co.* v. *Murdock* (*ante*, p. 579), decided herewith. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.